UNITED STATES *versus*
MARTIN V. WITHINGTON.

JOURNAL ENTRIES: (1) Jan. 13, 1834: arraign-
ment, plea of not guilty, remand to prison; (2)
Jan. 14, 1834: plea of not guilty, motion for
postponement granted provided defendant con-
sent to taking of testimony of non-resident wit-
nesses in writing; (3) Jan. 15, 1834: witnesses
recognized, attendance of witnesses proved; (4)
June 3, 1834: rule to bring body, escape re-
ported, witnesses recognized, attendance of wit-
nesses proved.
PAPERS IN FILE (1834): (1) Indictment.
*File No.* 100.

UNITED STATES *versus*
BENIAH JONES.

JOURNAL ENTRIES: (1) Jan. 13, 1834: arraignment,
plea of not guilty withdrawn, plea of guilty
entered, attendance of witnesses proved.
PAPERS IN FILE (1834): (1) Indictment.
*File No.* 97.

UNITED STATES *versus*
HENRY P. POWERS.

JOURNAL ENTRIES: (1) Jan. 18, 1834: motion to
quash writ overruled, defendant discharged on
common bail; (2) March 24, 1834: leave given
to amend declaration; (3) June 20, 1834: rule to
plead; (4) Jan. 6, 1835: continued.
PAPERS IN FILE (1833): (1) Precipe for capias;
(2) capias and return; (3) incomplete recog-
nizance; (4) motion to quash writ; (5) declara-
tion; (6) plea of nil debet, etc.; (7) letter—Secre-
tary of Treasury to Secretary of War re remis-
sion of penalty.
*File No.* 87.